IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| XINMING ZENG and ZAIYAN WANG, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-28 (RDA/IDD) |
| ) | |
| JOHN DOE and 699.COM ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan Davis on August 30, 2022. Dkt. 16. In this case involving allegations of an ACPA violation, Judge Davis recommends that the Court enter default judgment against Defendants for a violation of the ACPA and enter an Order directing Verisign, Inc. and the individual registrar holding the infringing domain names to re-register 699.com in Plaintiffs' name and under Plaintiffs' ownership. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Judge Davis' Recommendation was September 13, 2022. To date, no objections have been filed.

After reviewing the record and Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 16. Accordingly, Plaintiff's Motion for Default Judgment (Dkt. 12) is GRANTED; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that default judgment be entered against Defendants Doe and 699.com; and it is

FURTHER ORDERED that Verisign, Inc. and the individual registrar holding or listing the domain name 699.com and any other infringing domain names owned or controlled by Defendants, change the registrar of record to re-register 699.com in Plaintiffs' name and under Plaintiffs' ownership.

The Clerk is directed to enter judgment in favor of Plaintiff pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
October 12, 2022

/s/
Rossie D. Alston, Jr.
United States District Judge